Howard Anthony BROWN,
Plaintiff-Appellant

v.

NEW ORLEANS CITY; Michael S. Har-
rison, Superintendent of Police, New
Orleans Police Department, in his of-
ficial and individual capacities; Law-
rence Dupree, Commander of Seventh
District, New Orleans Police Depart-
ment, in his official and individual
capacities; K. Williams, Lieutenant of
Seventh District, New Orleans Police
Department, in his official and indi-
vidual capacities; Mitchell J. Lan-
drieu, Mayor of New Orleans, in his
official and individual capacities; Re-
becca H. Dietz, Attorney for City of
New Orleans, in her official and indi-
vidual capacities; K. Balancier, Offi-
cer, in his official and individual ca-
pacity; Eric Illarmo, Officer, in his
official and individual capacity; Mar-
cus McNeil, Officer, in his official and
individual capacity; D. Warter, Offi-
cer, in his official and individual ca-
pacity; M. Sartain, Officer, in his offi-
cial and individual capacity; A. Kelly,
Officer, in his official and individual
capacity; D. Millon, Officer, in his of-
ficial and individual capacity; M.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Thompson, Officer, in his official and individual capacity; M. Hunter, Officer, in his official and individual capacity, Defendants-Appellees

No. 17-30196
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed July 6, 2017

Howard Anthony Brown, Pro Se

Corwin M. St. Raymond, City of New Orleans, Law Department, New Orleans, LA, for Defendants-Appellees

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed.

That court has fully explained the reasons for dismissing the case. The pleading of the plaintiff fails to meet the legal requirements for a claim, lacking specifics for fault or injury to support a claim of constitutional violation.

The record shows a disregard of the law by the plaintiff and authorized conduct by the officer to deal with the circumstances.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.